# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

144386 & (16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KAREN BURRIS,
      Plaintiff-Appellee,

v

K.A.M. TRANSPORT, INC., M&Y
EXPRESS, INC., and ALY MOHAMED
MAAROUF,
      Defendants-Appellants.

SC: 144386
COA: 303104
Wayne CC: 10-002857-NI

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the November 28, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

MARILYN KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012

Clerk

h1017